1  Deborah J. Fox (SBN: 110929)
   dfox@meyersnave.com
2  MEYERS, NAVE, RIBACK, SILVER & WILSON
3  333 South Grand Avenue, Suite 1670
   Los Angeles, CA  90071
4  Telephone: (213) 626-2906
5  Facsimile:  (213) 626-0215

6
   Attorneys for Defendants
7  City of Petaluma, et al.

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 BRIAN HEIM,                          )  Case No:  CV06-4683-PJH
                                        )
12                Plaintiff,            )  **STIPULATION EXTENDING TIME FOR**
                                        )  **DEFENDANTS TO RESPOND TO THE**
13                                      )  **AMENDED COMPLAINT AND**
   v.                                   )  **RESETTING THE CASE MANAGEMENT**
14                                      )  **CONFERENCE, AND [P~~ROPOSED~~]**
                                        )  **ORDER THEREON**
15 CITY OF PETALUMA, PETALUMA           )
   COMMUNITY DEVELOPMENT                )
16 DEPARTMENT, CRAIG SPAULDING,         )
17 individually and in his official capacity, )
   MICHAEL MOORE, individually and in   )
18 his official capacity, GEORGE WHITE, )
   individually and in his official capacity, )
19 KIM GORDON, individually and in her  )
20 official capacity, TIFFANY ROBBE,    )
   individually and in her official capacity, )
21 and PHIL BOYLE, individually and in his )
22 official capacity,                   )
                                        )
23                                      )
                  Defendants.
24
25
26
27
28

1     WHEREAS, the City of Petaluma, Petaluma Community Development Department, Craig
2 Spaulding, Michael Moore, George White, Kim Gordon, Tiffany Robbe, Phil Boyle (collectively
3 "the City defendants") were served with the Amended Complaint on December 8, 2006;
4     WHEREAS, the City defendants' response to the plaintiff's Amended Complaint is
5 currently due on December 28, 2006;
6     WHEREAS, the parties agree through their attorneys of record that the City defendants
7 may have an additional fifteen (15) days to response to the Amended Complaint making the
8 response due on or before January 12, 2007;
9     WHEREAS, plaintiff Heim has requested the parties consider employing an ADR
10 alternative and the City defendants need some time to consider this request.  The parties agree
11 that the case management conference presently set for January 4, 2007 should be continued to
12 March 8, 2007 at 2:30 p.m.
13     IT IS HEREBY STIPULATED by and between the parties through their attorneys of
14 record, that the deadline for all the City defendants to respond to the Amended Complaint shall
15 be extended to January 12, 2007.
16     IT IS FURTHER STIPULATED that the Case Management Conference is continued until
17 March 8, 2007.

18 Dated:   December 26, 2006        Respectfully submitted,
19                                  MEYERS, NAVE, RIBACK, SILVER & WILSON
20
21                                  By  /s/
                                        DEBORAH J. FOX
22                                      Attorneys for Defendants
                                        City of Petaluma, et al.
23
24 Dated:   December 26, 2006        FLYNN, WILLIAMS, WESTER & HALL LLP
25
26                                  By  /s/
                                        BARRY WESTER
27                                      Attorneys for Plaintiff
                                        Brian Heim
28

- 1 -
STIPULATION, [PROPOSED] ORDER RE EXTENSION OF TIME

Deborah J. Fox (SBN: 110929 )
dfox@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
333 South Grand Avenue, Suite 1670
Los Angeles, CA  90071
Telephone: (213) 626-2906
Facsimile:  (213) 626-0215

Attorneys for Defendants
City of Petaluma, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HEIM,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF PETALUMA, PETALUMA COMMUNITY DEVELOPMENT DEPARTMENT, CRAIG SPAULDING, individually and in his official capacity, MICHAEL MOORE, individually and in his official capacity, GEORGE WHITE, individually and in his official capacity, KIM GORDON, individually and in her official capacity, TIFFANY ROBBE, individually and in her official capacity, and PHIL BOYLE, individually and in his official capacity,<br><br>　　　　Defendants. | Case No:  CV06-4683-PJH<br><br>[~~PROPOSED~~] ORDER |

**ORDER**

IT IS SO ORDERED that:

1. City defendants have until January 12, 2007 to respond to the Amended Complaint.

2. The Case Management Conference is continued until March 8, 2007 at 2:30 p.m.

Dated: 12/29/06



HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is Meyers, Nave, Riback, Silver & Wilson, 333 South Grand Avenue, Suite 1670, Los Angeles, California 90071.

On December 27, 2006, I caused to be served the within document(s):

- **STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE AMENDED COMPLAINT AND RESETTING THE CASE MANAGEMENT CONFERENCE, AND [PROPOSED] ORDER THEREON**

on the parties in this action by placing a true copy thereof in a sealed envelope, each envelope addressed as follows:

> Barry Wester, Esq.
> FLYNN, WILLIAMS, WESTER & HALL LLP
> 775 Baywood Drive, Suite 185
> Petaluma, CA 95954
> (707) 769-2999 Fax

**(X)** **(BY FIRST CLASS MAIL)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Los Angeles, California. I am readily familiar with the business practice for collection and processing of mail in this office; and that in the ordinary course of business said document would be deposited with the U.S. Postal Service in Los Angeles on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

**(X)** **(BY FACSIMILE)** I caused said document(s) to be sent by facsimile machine number indicated above, by facsimile machine number (213) 626-0215, which machine complies with Rule 2003(3) of the California Rules of Court and no error was reported by the machine.

**(X)** **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 27, 2006, at Los Angeles, California.

/s/
_____
Kathleen Rodell