Barry Wester (SBN 103588)
Jennifer E. Torbohn (SBN 191150)
FLYNN, WILLIAMS, WESTER & HALL LLP
775 Baywood Drive, Suite 185
Petaluma, CA 95954
Telephone: 707/ 769-2990
Fax: 707/ 769-2999
E-mail: bwester@fwwh.com

Attorneys for Plaintiff
Brian Heim

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Brian Heim,

    Plaintiff,

vs.

City Of Petaluma, Petaluma Community Development Department, Craig Spaulding, Michael Moore, and George White,

    Defendants.

Case No. 3:06-cv-04683-PJH

**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**
AND ORDER

Brian Heim, Plaintiff, hereby requests the Court approve the substitution of BRIAN HEIM, PRO SE as attorney of record in the place and stead of FLYNN, WILLIAMS, WESTER & HALL LLP.

DATED: December 7, 2006

_____
Brian Heim

I consent to the above substitution.

DATED: December 29, 2006    FLYNN, WILLIAMS, WESTER & HALL, LLP

By: _____
Barry Wester

1

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

1 | I, BRIAN HEIM, agree to this substitution of attorney and will represent myself in this
2 | action in pro se.
3 | DATED: December 7, 2006                    _____
                                                                Brian Heim

6 | 1/16/07

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY