UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN HEIM,

    Plaintiff,

    v.

CITY OF PETALUMA, et al.,

    Defendants.
_____/

No. C 06-4683 PJH

**ORDER**

    Before the court is a stipulation and proposed order rescheduling the hearing on defendants' motion to dismiss from April 18, 2007 to June 27, 2007 and the case management conference from June 28, 2007 to August 16, 2007. The motion to dismiss was filed on January 12, 2007. The parties propose that the opposition be filed on June 4, 2007, and that the reply be filed on June 25, 2007, **two days** before the proposed hearing date. The request is DENIED. If the parties wish to have a hearing on June 27, 2007, the reply brief shall be filed no later than June 13, 2007, as required by Local Rule 7-3(c). The hearing will go forward as scheduled on April 18, 2007, unless the parties submit a stipulation that comports with the Local Rules.

**IT IS SO ORDERED.**

Dated: April 4, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge