1  Mark S. Perelman - 120961
   Matthew A. Cebrian - 219168
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA 94108-5530
   Tel:  (415) 788-1900
4  Fax:  (415) 393-8087

5  Attorneys for Plaintiff
   BRIAN HEIM

6

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HEIM,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF PETALUMA, PETALUMA COMMUNITY DEVELOPMENT DEPARTMENT, CRAIG SPAULDING, individually and in his official capacity, MICHAEL MOORE, individually and in his official capacity, GEORGE WHITE, individually and in his official capacity, KIM GORDON, individually and in her official capacity, TIFFANY ROBBE, individually and in her official capacity, and PHIL BOYLE, individually and in his official capacity,<br><br>   Defendants. | Case No.: CV06-4683-PJH<br><br>PLAINTIFF BRIAN HEIM'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND ORDER |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff BRIAN HEIM voluntarily dismisses the above-captioned action without prejudice.

Dated: May 2, 2007

                                MURPHY, PEARSON, BRADLEY & FEENEY

                                By _____
                                    Matthew A. Cebrian
                                    Attorneys for Plaintiff
                                    BRIAN HEIM

IT IS SO ORDERED

_____
PHYLLIS J. HAMILTON

5/7/07
DATE

- 1 -

Notice Of Voluntary Dismissal Without Prejudice